634

No. 97.  NEW YORK CENTRAL R. Co. v. BROWN.  October 9, 1933.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. John J. Danhof* for petitioner.  No appearance for respondent.

No. 98.  ED S. MICHELSON, INC. v. NEBRASKA TIRE & RUBBER Co.  October 9, 1933.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. I. J. Ringolsky* and *Harry L. Jacobs* for petitioner.  *Mr. Cyrus Crane* for respondent.

No. 99.  MISSOURI PACIFIC R. Co. v. CHICAGO GREAT WESTERN R. Co.  October 9, 1933.  Petition for writ of certiorari to the Supreme Court of Kansas denied.  *Messrs. W. P. Waggener, J. M. Challiss,* and *B. P. Waggener* for petitioner.  *Messrs. Ralph M. Shaw, Walter H. Jacobs,* and *A. L. Berger* for respondent.

No. 100.  BIRMINGHAM BELT R. Co. v. BENNETT, ADMINISTRATRIX.  October 9, 1933.  Petition for writ of certiorari to the Supreme Court of Alabama denied.  *Mr. Forney Johnston* for petitioner.  *Mr. Hugo L. Black* for respondent.

No. 102.  PENICK & FORD, LTD., INC. v. CORN PRODUCTS RFG. Co.  October 9, 1933.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. John H. Lee, Russell Wiles,* and *Horace Dawson* for petitioner.  *Messrs. Melville Church* and *Per-*